# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:04-cr-00040-MR-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| STEPHEN ARTHUR LACY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Reconsider and Amend Order" [Doc. 65].

The Defendant seeks reconsideration of the Order denying his motion for compassionate release. [Doc. 65]. Upon careful review of the Defendant's motion, the Court finds no basis to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Reconsider and Amend Order" [Doc. 65] is **DENIED**.

**IT IS SO ORDERED**.

Signed: October 9, 2020

Martin Reidinger
Chief United States District Judge