THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:04-cr-00040-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| STEPHEN ARTHUR LACY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Reconsider and Amend Order" [Doc. 77].

The Defendant seeks reconsideration of the Order [Doc. 76] denying his request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). [Doc. 77]. Upon review of the Defendant's motion, the Court finds no basis in fact or in law to reconsider its prior Order. The motion for reconsideration, therefore, is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Reconsider and Amend Order" [Doc. 77] is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 22, 2021

Martin Reidinger
Chief United States District Judge