THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:04-cr-00040-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| STEPHEN ARTHUR LACY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Addendum" to his Third Motion for Compassionate Release. [Doc. 85].

On January 19, 2022, the Court denied the Defendant's third motion for compassionate release. [Doc. 84]. On January 31, 2022, the Court received the present "Addendum," which purports to supplement the Defendant's motion by providing additional facts regarding the conditions at his facility and the COVID-19 pandemic. [Doc. 85]. For the reasons previously stated, the Court finds that these additional facts do not constitute "extraordinary and compelling reasons" for the Defendant's release and that analysis of the relevant § 3553(a) factors continue to weigh in favor of his continued incarceration. Accordingly, the Addendum to the Defendant's Third Motion for Compassionate Release is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Addendum" to his Third Motion for Compassionate Release [Doc. 85] is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 4, 2022

Martin Reidinger
Chief United States District Judge